IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:23-cv-00626-BO-RJ

| | |
|---|---|
| ESMERELDA GERAGHTY, AS ADMINISTRATOR OF THE ESTATE OF WILLIAM GERAGHTY, | )<br>)<br>) |
| Plaintiff, | )<br>)<br>) **ORDER** |
| v. | )<br>) |
| UNITED STATES OF AMERICA, | )<br>) |
| Defendant. | ) |

Before the Court is the unopposed motion to substitute Esmerelda M. Geraghty, as Administrator of the Estate of William M. Geraghty, in lieu of the recently deceased Plaintiff William Geraghty, and to amend the caption in this action to reflect the requested substitution. Dkt. 20. For good cause shown, and pursuant to Fed. R. Civ. P. 25(a), the Motion is GRANTED.

NOW THEREFORE, IT IS HEREBY ORDERED:

(1) That Esmerelda M. Geraghty, as Administrator of the Estate of William Geraghty, is hereby substituted as Plaintiff in this action in place of Plaintiff William Geraghty;

(2) That the caption is hereby amended, and all further filings shall reflect the caption appearing on this order.

SO ORDERED, this 29 day of May, 2024.

Terrence Boyle
HON. TERRENCE W. BOYLE
United States District Judge